# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

In re:                ) Case No.
                      )
                      )     CHAPTER 13 PLAN
                      )     [     Amended]
          Debtor(s).      )

1. **Plan Payments**:
Within 30 days of the filing of the Plan, the Debtor(s) will commence making payments to the Trustee as follows:
  A. AMOUNT: $ _____; FREQUENCY: _____Monthly; _____ Semi-Monthly; _____ Bi-Weekly; _____Weekly
  B. TAX REFUNDS: Debtor(s)____COMMITS; ___DOES NOT COMMIT; all tax refunds to funding the Plan. If no
     selection is made, tax refunds are committed.
  C. PAYMENTS: Plan payments shall be deducted from the Debtor(s) wages unless otherwise agreed to by the Trustee or ordered
    by the Court.
  D. OTHER:_____

2. **Plan Duration**:
   The length of the Plan is set forth in paragraph 3E2 below. The Plan will run a minimum of 36 months, unless all timely filed
claims are sooner paid in full, plus appropriate interest. At the Trustee's discretion, and without notice or hearing, the Plan may
be extended up to 60 months after confirmation in order to pay, in full, administrative expenses, secured claims, priority claims
and any creditors placed in a special class for full payment.

3. **Distribution of Plan Payments**:
  From the payments so received, the Trustee shall make disbursements in the following order:
  A. ADMINISTRATIVE EXPENSES:
    1. Trustee. The percentage set pursuant to 28 USC '586(e).
    2. Attorney's Fees: Original attorney's fees of $_____; of which $_____ remains unpaid.
      Fees are to be paid: At the Trustee's discretion _____; Prior to all creditors_____; Minimum of $_____monthly
      Other_____
  B. CURRENT CHILD SUPPORT/MAINTENANCE: $_____per month unless stated otherwise in paragraph 6 below.

  C. SECURED CLAIMS/LEASES: Payments to creditors whose claims are filed, as follows, unless ranked otherwise.
    Interest rates are stated as per annum, uncompounded.
    Rank
    _____ Current 1st mortgage of $ _____ , payments of $ _____monthly at_____% interest per annum,
    _____ Current 2nd mortgage of $ _____ , payments of $ _____monthly at_____% interest per annum,
    _____ 1st mortgage arrears of $ _____ , payments of $ _____monthly at_____% interest per annum,
    _____ 2nd mortgage arrears of $ _____ , payments of $ _____monthly at_____% interest per annum,
    _____ Lease payment to _____, of $_____monthly.

| Rank | $ | | Debtor(s) Value of Collateral | Description of Collateral | Interest Rate |
|---|---|---|---|---|---|
| _____ | $ ____ | monthly to_____ | $_____ | _____ | _____ % |
| _____ | $ ____ | monthly to_____ | $_____ | _____ | _____ % |
| _____ | $ ____ | monthly to_____ | $_____ | _____ | _____ % |
| _____ | $ ____ | monthly to_____ | $_____ | _____ | _____ % |
| _____ | $ ____ | monthly to_____ | $_____ | _____ | _____ % |

     Secured creditors, except as provided in 26 USC 6621(a)(2) and 11 USC 1322(b)(2), will be paid the amount of their claim
or the value of their collateral, whichever is less, plus interest as stated above. Interest rate and monthly payment in the Plan controls
unless creditors timely file an objection to confirmation. Value of collateral stated in the Proof of Claim controls unless otherwise
ordered following timely objection to claim. The unsecured portion of any claim shall be paid as a general unsecured claim
unless entitled to priority by law. For creditors holding secured claims not listed above, the interest rate shall be %. Interest rate is
15% if left blank.

  D. PRIORITY CLAIMS: Debts entitled to priority under and in the order prescribed by '507 of the Bankruptcy Code as
    follows:

| Rank | Name | Amount of Claim | Basis for Priority |
|---|---|---|---|
| ____ | _____ | $_____ | _____ |
| ____ | _____ | $_____ | _____ |

[Local Bankruptcy Form 13-1]

E. UNSECURED CLAIMS: From the balance remaining after the above payments, dividends to unsecured creditors whose claims are allowed as follows:

1. Special Unsecured Claims.  The following unsecured claims will receive a higher distribution than general unsecured claims.

| Rank | Name | Amount of Claim | Percentage to be Paid | Reason for Special Classification |
|------|------|-----------------|-----------------------|-----------------------------------|
| ____ | _____ | $_____ | _____% | _____ |
| ____ | _____ | $_____ | _____% | _____ |

2. General Unsecured Claims.  The Debtor(s) will pay 100% to claimants in this class, or make a minimum of 36 monthly payments:
   A. % paid to unsecureds: 100% ____ 70% ____ Other ____ %
or B.  Best Efforts: 60 months___;  36 months___;  Other___;  yielding approximately ___% to general unsecureds

**4.  Secured Property Surrendered**:
The secured property described below will be surrendered to the following named creditors on confirmation.

| **Creditor** | **Property to be Surrendered** |
|--------------|-------------------------------|
| _____ | _____ |
| _____ | _____ |

**5.  Executory Contracts and Leases**:
The Debtor(s) will assume or reject executory contracts or unexpired leases as noted below.  Assumption will be by separate motion and order, and all payments shall be paid pursuant to paragraph 3C or 6. Any executory contract or unexpired lease not assumed pursuant to I I USC 365(d) is rejected.  If rejected, the Debtor(s) shall surrender any collateral or leased property and any duly filed and allowed unsecured claim for damages shall be paid under paragraph 3E2.

| **Contract/Lease** | **Assumed or Rejected** |
|--------------------|-------------------------|
| _____ | _____ |
| _____ | _____ |

**6.  Direct Payments by Debtor(s) Outside of the Plan**:
The following creditors shall be paid directly by the Debtor(s) and shall receive no payments from the Trustee,

| **Name** | **Amount of Claim** | **Monthly Payment** |
|----------|---------------------|---------------------|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

**7.  Revestment of Property**:
Property of the estate shall revest in the Debtor(s) upon: _____Confirmation of the Plan,_____ Dismissal or discharge only.
If no selection is made, property of the estate shall revest in the Debtor(s) upon confirmation.

**8.  Liquidation Analysis**:
The Debtor(s) estimates that there would be $_____ available to pay general unsecured creditors in a Chapter 7 liquidation.
The Debtor(s) propose to pay at least this amount to unsecured creditors in this Plan.

**9.  Certification**:
The Debtor(s) or their attorney, certify that this Plan conforms with Local Bankruptcy Rule 3015-1, except as set forth  below:

**10.  Other Plan Provisions**:

| _____ | | | | |
|----------------------|-------------|-------|-----------|------|
| Attorney for Debtor(s) | DEBTOR | SS# | Birthdate | Date |
| _____ | | | | |
| Date | DEBTOR | SS# | Birthdate | Date |