*Chapter 13 Trustee*
*600 University St. #2200*
*Seattle Wa 98101-4100*
*Ph (206) 624-5124, Fax (206) 624-5282*

Judge: KAREN A. OVERSTREET
Chapter: 13

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>MARY L SCOTT<br><br><u>                         Debtor(s)</u> | ) CHAPTER 13 CASE NO. **03-25713**<br>)<br>)<br>) ORDER CONFIRMING<br>) CHAPTER 13 PLAN<br>) |

THIS MATTER having come on for hearing this date before the undersigned Bankruptcy Judge, and the Court having heard the arguments, if any, for and against confirmation of the plan proposed herein, and having heard the Trustee's recommendations concerning the plan, the Court does therefore hereby ORDER:

1. That subject to the terms of this order, the plan proposed by the debtor(s) dated 01-15-04 is hereby confirmed;

2. That original attorney fees are set in the amount of $ 1,800.00 ;

3. That the debtor(s) shall incur no additional debt except after obtaining prior Court permission;

4. That the debtor(s) shall inform the Trustee of any change in circumstances, or receipt of additional income, and shall further comply with any requests of the Trustee with respect to additional financial information the Trustee may require;

5. That the Trustee shall charge such percentage fee as may periodically be fixed by the Attorney General pursuant to 28 U.S.C. section 586(e);

6. That during the pendency of the plan hereby confirmed, all property of the estate, as defined by 11 U.S.C. section 1306(a), shall remain vested in the debtor(s), under the exclusive jurisdiction of the Court, and further, that the debtor(s) shall not, without specific approval of the Court, lease, sell, transfer, encumber or otherwise dispose of such property;

7. That all projected disposable income received by the debtor(s) beginning on the date the first payment is due under the plan shall be applied as payments under the plan pursuant to 11 U.S.C. section 1325(b)(1)(B), unless the Court orders otherwise.

Dated: January 26, 2004

*/s/ Karen A. Overstreet*
KAREN A. OVERSTREET, Judge

Presented by:

/s/K. MICHAEL FITZGERALD

K. MICHAEL FITZGERALD
Chapter 13 Trustee
WSBA# 8115

ORDER CONFIRMING
CHAPTER 13 PLAN    - 1 OF 1

o
01/26/2004
NFG300/17.103103
TL8/SHIRLEY  ECFZ
COURT COPY