```
                                    Judge: KAREN A. OVERSTREET
                                    Chapter: 13

                    UNITED STATES BANKRUPTCY COURT
                 WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:                              CHAPTER 13 CASE NO: 03-25713

    MARY L SCOTT
    149 28TH AVE
    SEATTLE WA 98122


                            Debtor(s)

            CHAPTER 13 TRUSTEE'S REPORT OF FILED CLAIMS

                          June 29, 2004
```

The office of the Chapter 13 Trustee reports that both the governmental and
non-governmental bar dates have expired in the above-encaptioned case. The
Trustee's staff has examined the schedules of debts filed in this case as well
as the records of the Clerk of the United States Bankruptcy Court. Based upon
that examination, the Trustee's office submits the following report of the names
and addresses of the creditors who have timely filed a proof of claim in this
case, together with the amount set forth on each such claim. Scheduled creditors
who have failed to timely file a proof of claim are also listed.

```
                                    K. MICHAEL FITZGERALD
                                    Chapter 13 Trustee
```

------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR          AMOUNT    CLASSIFICATION
------------------------------------------------------------------------
KING CO OFF OF FINANCE              7,105.71   REAL PROPERTY TAX
500 4TH AVE #600
SEATTLE WA 981042                              COMM: H02,F03
                                               ACCT: 918720-0095-08
014418  16/0001                                PAY: 100.00% INT%:  12.00
------------------------------------------------------------------------
KING CO OFF OF FINANCE                   .00   CONTINUING DEBT
500 4TH AVE #600                               @ $ 326.00 PER MONTH
SEATTLE WA 981042                              COMM:
                                               ACCT: 918720009508
014418  13/0006                                PAY: 100.00% INT%:    .00
------------------------------------------------------------------------
KING CO OFF OF FINANCE              2,117.50   REAL PROPERTY TAX
500 4TH AVE #600
SEATTLE WA 981042                              COMM: 1H04
                                               ACCT: 918720009508
014418  29/0101                                PAY: 100.00% INT%:  12.00
------------------------------------------------------------------------
June 29, 2004                                  [NFG302/17.011704]TI7/EILEEN

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR            AMOUNT   CLASSIFICATION
------------------------------------------------------------------------------
OPTION ONE                                 .00   CONTINUING DEBT
6501 IRVINE CNTR DR                              @ $ 3,398.04 PER MONTH
IRVINE CA 92618                                  COMM: A.R.M./DOT 3-25-02
                                                 ACCT: XXXXXX5155/POC001144
196087   10/0002                                 PAY: 100.00% INT%:    .00
------------------------------------------------------------------------------
OPTION ONE                            34,807.35  1ST MORTG DELINQUENCY
6501 IRVINE CNTR DR                              @ $ 609.38 PER MONTH
IRVINE CA 92618                                  COMM: ~2-04/DOT 3-25-02
                                                 ACCT: XXXXXX5155/POC001144
196087   17/0003                                 PAY: 100.00% INT%:    .00
------------------------------------------------------------------------------
OPTION ONE MORTGAGE COMPANY                .00   2002 Notice
6501 IRVINE CENTER DR
IRVINE CA 92618                                  COMM:
                                                 ACCT:
554015   98/0005                                 PAY:    .00% INT%:    .00
------------------------------------------------------------------------------
US TREASURY/IRS                            .00   IRS
SPECIAL PROCEDURES DEPT
915 2ND AVE MS 244 #1600                         COMM: DISP
SEATTLE WA 98174                                 ACCT: 2430
018399   97/0004                                 PAY: 100.00% INT%:    .00
------------------------------------------------------------------------------
RGS LEGAL                              1,800.00  ORIGINAL ATTORNEY FEE
801 PINE ST #100
SEATTLE WA 98101

000950
------------------------------------------------------------------------------
TOTAL                                 45,830.56
June 29, 2004                                         [NFG302/17.011704]TI7/EILEEN
```

TO DEBTOR:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

PLEASE CHECK THIS REPORT CAREFULLY. IF YOU DISPUTE ANY AMOUNTS CLAIMED BY YOUR CREDITORS YOU MUST CONTACT YOUR ATTORNEY. A copy of this report has been forwarded to your attorney.

PURSUANT TO RULE 3007-1(b) OF THE LOCAL RULES OF BANKRUPTCY PROCEDURE, OBJECTIONS TO CLAIMS MUST BE FILED AND SERVED NO LATER THAN NINETY (90) DAYS AFTER Jun 29, 2004, THE DATE THE CHAPTER 13 TRUSTEE'S REPORT OF FILED CLAIMS IS FILED. (See also Rules 3007 and 9006(f) Federal Rules of Bankruptcy Procedure and Rule 9013-1 Local Rules of Bankruptcy Procedures).

WITHIN THAT NINETY (90) DAY PERIOD AND IN THE ABSENCE OF WRITTEN OBJECTIONS, THE TRUSTEE WILL DISTRIBUTE FUNDS PURSUANT TO THE PLAN. THEREFORE DISPUTED CLAIMS MAY RECEIVE DISBURSEMENTS UNTIL A WRITTEN OBJECTION IS FILED.

ALL ORIGINAL PROOFS OF CLAIM MAY BE REVIEWED AT THE COURT CLERK'S OFFICE.

YOU MUST CONTACT YOUR ATTORNEY IMMEDIATELY IF YOU HAVE QUESTIONS OR CONCERNS.

June 29, 2004                              K. MICHAEL FITZGERALD, TRUSTEE
                                           2200 One Union Square
                                           600 University St
                                           Seattle Wa 98101-4100
                                           (206) 624-5124


Copy to Debtor's Attorney
        RGS LEGAL
        801 PINE ST #100
        SEATTLE WA 98101