Judge: Karen A. Overstreet
Chapter 13 Proceeding
Hearing Location: EXPARTE
Hearing Date: EXPARTE
Time: EXPARTE
Response Date: EXPARTE

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | NO. 03-25713--KAO |
| Mary Scott, | **EXPARTE MOTION TO DISMISS** |
| Debtor. | CHAPTER 13 |

**COMES NOW** the Debtor by and through her attorney, Raymond G. Sandoval, Esq, and respectfully move this Court for an Order dismissing the captioned matter and for this Motion shows this Court that the debtor is no longer able to comply with her Chapter 13 plan and does not wish to convert.

**WHEREFORE**, the Debtor respectfully request this Honorable Court to authorize the Dismissal of her Chapter 13 Case.

Respectfully submitted,

**/S/ Raymond G. Sandoval**
Raymond G. Sandoval, Esq. WSBA #33792
Attorney for Debtor

**EXPARTE MOTION TO DISMISS** – PAGE 1

**RGS LEGAL**
801 Pine Street
Suite 100
Seattle, Washington 98101
Telephone: (206) 343-4465
Facsimile: (206) 343-4467