Judge: Karen A. Overstreet
Chapter 13 Proceeding
Hearing Location: EXPARTE
Hearing Date: EXPARTE
Time: EXPARTE
Response Date: EXPARTE

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **IN RE:**<br><br>**Mary Scott,**<br><br>　　　　**Debtor.** | ) NO. 03-25713--KAO<br>)<br>) **ORDER GRANTING EXPARTE MOTION**<br>) **TO DISMISS CHAPTER 13**<br>)<br>) **CHAPTER 13**<br>) |

**THIS MATTER**, having come before the Court upon the Debtor's EXPARTE MOTION TO DISMISS his CHAPTER 13 and the court being fully advised finds that the motion is well taken, and finds:

1. The Debtor is longer able to comply with her Chapter 13 plan and does not wish to convert.

2. Under 11 U.S.C. Section 1307(b), the Debtor is entitled to dismiss her Chapter 13 case at any time, and the Debtors now wish to dismiss her Chapter 13 case.

**IT IS THEREBY ORDERED, ADJUDGED AND DECREED** that this case is dismissed.

Dated: July 12, 2004.

Dated: _____

_Karen A. Overstreet_
_____
HONORABLE KAREN A. OVERSTREET
UNITED STATES BANKRUPTCY JUDGE

Respectfully Submitted,

**/s/ Raymond G. Sandoval**
Raymond G. Sandoval, Esq., WSBA #33792
Attorney for Debtor

**ORDER GRANTING EXPARTE MOTION**　　**PAGE 2**　　**RGS LEGAL**
**TO DISMISS CHAPTER 13**　　　　　　　　　　　　　　801 Pine Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　　　Seattle, Washington 98101
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (206) 343-4465
　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (206) 343-4467